1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                       EASTERN DISTRICT OF CALIFORNIA
10
11  DIANA LOUISE GONZALES,              )   1:10-cv-01818 GSA
                                        )
12              Plaintiff,              )   **ORDER TO SHOW CAUSE**
                                        )   **REGARDING PLAINTIFF'S FAILURE**
13       v.                             )   **TO PROVIDE DOCUMENTS**
                                        )   **NECESSARY FOR SERVICE OF THE**
14  MICHAEL J. ASTRUE, Commissioner of  )   **SUMMONS AND COMPLAINT**
    Social Security,                    )
15                                      )
                                        )
16              Defendants.             )
                                        )
17  _____ )
18

19       On October 1, 2010, Plaintiff, appearing pro se, filed a complaint alleging she was
20  improperly denied Social Security benefits.  (Doc. 1.)  On October 6, 2010, this Court granted
21  Plaintiff's application to proceed without prepayment of fees, and ordered in part that "the United
22  States [M]arshal serve a copy of the complaint, summons and this order upon the defendant(s) *as*
23  *directed by the plaintiff*."  (Doc. 4, emphasis added.)  That same day, Plaintiff was served with
24  the Social Security Scheduling Order, Order re Consent or Request for Reassignment and the
25  related forms, as well as the Instructions for Service of Social Security Appeals and Notice of
26  Submission of Documents in Social Security Appeal form.  (Doc. 6.)
27
28                                            1

More particularly, the Scheduling Order of October 6, 2010, expressly directed Plaintiff (or "Appellant") as follows: "[w]ithin twenty (20) days of filing the complaint, appellant shall serve the summons, complaint, the notice and form of consent to proceed before a magistrate judge as provided by Local Rule 305(a) and a copy of this order and file return of service with this court." (Doc. 6, ¶ 1.) Included with the Scheduling Order were "Instructions for Service of Social Security Appeals" which instructs Plaintiff to provide the Clerk's Office with copies of certain documents. The instructions explain the documents are necessary in order to effect service of the summons and complaint on the United States Attorney and the Commissioner of Social Security by the United States Marshal Service. (*See* Doc. 6-3 "[y]ou must provide the clerk's office with the following . . .".)

Furthermore, Plaintiff was served with the Informational Order for Pro Se Litigants on October 13, 2010. This informational order also references Plaintiff's obligations regarding service of the complaint. (Doc. 7.)

Despite being advised of her obligation to ensure service of the summons and complaint upon Defendants, Plaintiff has failed to provide the Clerk of the Court with the necessary documents in order that the United States Marshal may serve the documents on her behalf. Therefore, because Plaintiff has failed to do her part to ensure the summons and complaint are served upon Defendants, **Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing why her complaint should not be dismissed for her failure to follow court orders. Plaintiff shall respond in writing no later than February 4, 2011.**

Failure to respond to this Order to Show Cause within the time specified may result in dismissal of this action.

IT IS SO ORDERED.

Dated: __January 20, 2011__           _____/s/ Gary S. Austin_____
                                      UNITED STATES MAGISTRATE JUDGE