# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LOUISE GONZALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendants. | 1:10-cv-01818 GSA<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME WITHIN WHICH TO EFFECT SERVICE OF PROCESS** |

　　On January 20, 2011, this Court issued an Order to Show Cause Regarding Plaintiff's Failure to Provide Documents Necessary for Service of the Summons and Complaint. Plaintiff was ordered to show cause in writing no later than February 4, 2011, as to why her complaint should not be dismissed for her failure to follow court orders. (Doc. 8.)

　　On February 4, 2011, Plaintiff Diane Louise Gonzales filed a written response to the order to show cause. Plaintiff explains she has experienced additional health complications that prevented her from prosecuting this action. Plaintiff asks for additional time "to finish filing this case." (Doc. 9.)

1

Interpreting Plaintiff's written response to include a request for an extension of time, this Court HEREBY GRANTS Plaintiff an extension of time of an additional forty-five (45) days, to and including **March 25, 2011**, within which to provide the necessary documentation to the Clerk's Office so that the summons and complaint may be properly served.

More specifically, no later than **March 25, 2011**, Plaintiff SHALL provide the Clerk's Office with the following:

1. The original Summons and five (5) copies of the Summons;
2. Five (5) copies of the Order directing service by the U.S. Marshal;
3. Five (5) copies of the Complaint;
4. One completed USM-285 form addressed to the Social Security Administration; and
5. Five (5) copies of any other documents to be served.

Finally, in order to ensure Plaintiff will be equipped to comply with this Court's order by **March 25, 2011**, the Clerk of the Court is DIRECTED to provide Plaintiff with copies of docket entry numbers one (complaint), four (order providing for service by U.S. Marshal), five (summons) and six (USM-285 form).

IT IS SO ORDERED.

Dated:   February 7, 2011           /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE