UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIANA LOUISE GONZALES, | ) | 1:10-cv-01818 GSA |
| | ) | |
| Plaintiff, | ) | **ORDER DIRECTING PLAINTIFF TO FILE CONSENT OR DECLINE FORM REGARDING MAGISTRATE JURISDICTION NO LATER THAN JUNE 30, 2011** |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendants. | ) | |

   Plaintiff Diana Louise Gonzales is proceeding pro se and in forma pauperis in this matter, challenging the denial of Social Security benefits.

   On October 6, 2010, this Court issued its Order re Consent or Request for Reassignment and Scheduling Order.  (*See* Doc. 6.)  On that date, Plaintiff was ordered to "complete and return the enclosed Consent to Assignment or Request for Reassignment" within ninety days.  (*See* Doc. 6 at 1 & 6.)  Thus, the form was to be filed no later than January 4, 2011.  However, Plaintiff has failed to respond in a timely fashion as more than 250 days have elapsed since October 6, 2010, and the form has not yet been filed with this Court.

Accordingly, this Court ORDERS as follows:

1. The Clerk of the Court is DIRECTED to re-serve Plaintiff with the following documents: (a) Order re Consent or Request for Reassignment; and (b) Consent to Assignment or Request for Reassignment; and

2. Plaintiff SHALL complete and file the Consent to Assignment or Request for Reassignment form **no later than June 30, 2011**.  Plaintiff is cautioned that a failure to follow this Court order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **June 14, 2011**               /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE