# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LOUISE GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>    Defendants. | 1:10-cv-01818 GSA<br><br>**ORDER TO SHOW CAUSE**<br>**REGARDING PLAINTIFF'S FAILURE**<br>**TO FILE AN OPENING BRIEF** |

On October 1, 2010, Plaintiff, appearing pro se, filed a complaint alleging she was improperly denied Social Security benefits. (Doc. 1.) On October 6, 2010, this Court issued its Scheduling Order. (Doc. 6.) At page two of the Scheduling Order, Plaintiff (or "appellant") was advised that she was to "file and serve an opening brief with the court and on respondent." Because the administrative record was filed on August 19, 2011, Plaintiff's opening brief was to be filed no later than November 22, 2011. (*See* Doc. 6, ¶¶ 3-6 [8/19/11 + 95 days = 11/22/11].) Furthermore, Plaintiff was served with the Informational Order for Pro Se Litigants on October 13, 2010. This informational order also references Plaintiff's obligations regarding the filing of an opening brief. (*See* Doc. 7 at 5-7.)

1

Nevertheless, as of the date of this Order, Plaintiff has failed to file an opening brief with the Court.

Thus, **Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing why her complaint should not be dismissed for her failure to follow court orders.**[1] **Plaintiff shall respond in writing no later than December 30, 2011.** In the alternative, Plaintiff may file her opening brief no later than December 30, 2011.

Failure to respond to this Order to Show Cause within the time specified may result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 29, 2011**          /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes it has previously issued an Order to Show Cause in this matter when Plaintiff failed to provide service documents as required. (*See* Doc. 8.) It is Plaintiff's obligation to prosecute this action and to ensure she follows all court orders. *See* Local Rule 183.